UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 07-20178-CIV-ALTONAGA/White

04-20245-CR-CMA ✓

**GILBERTO FELIX,**

    Movant,

vs.

**UNITED STATES OF AMERICA,**

    Respondent.

_____/

## ORDER AFFIRMING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Magistrate Judge Patrick A. White's Report [D.E. 6], issued on March 19, 2007. On January 23, 2007, Gilberto Felix filed a Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 [D.E. 1] (the "Motion"). The Court referred the Motion to Magistrate Judge White under 28 U.S.C. § 636(b)(1)(B). Judge White recommends that Mr. Felix's Motion be denied.

Mr. Felix has not filed an objection to Judge White's Report and Recommendation. The Court has nevertheless reviewed the record *de novo*. Upon consideration of the record, it is

**ORDERED AND ADJUDGED** that Magistrate Judge White's Report and Recommendation **[D.E. 6]** is **AFFIRMED AND ADOPTED** in total as follows:

1. The Motion **[D.E. 1]** is **DENIED**.

2. The Clerk of the Court is instructed to **CLOSE** the case.

3. All other pending motions are **DENIED AS MOOT**.

Case No. 07-20178-CIV-ALTONAGA/White

**DONE AND ORDERED** in Chambers at Miami, Florida this 10th day of April, 2007.

*[signature: Cecilia M. Altonaga]*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:
(1)  Magistrate Judge Patrick A. White
(2)  All counsel of record
(3)  Gilberto Felix (Petitioner, *pro se*)
     # 70792-004
     FCI-Williamsburg
     P.O. Box 340
     Salters, SC  29590